JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONG MA, <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al, <br><br> Defendants. | Case No. 2:22-cv-04210-MWF-KS <br><br> **JUDGMENT DISMISSING ACTION** |

On September 26, 2022, the Court granted Defendant's motion to dismiss Plaintiff's complaint, but granted Plaintiff leave to amend. (Docket No. 14). Plaintiff was required to amend her complaint by October 11, 2022 but did not do so.

Therefore, good cause appearing, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be ENTERED in favor of Defendant and against Plaintiff and that the action be DISMISSED.

Date: February 16, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge